# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**FOSTER-THOMPSON, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.  8:04-cv-2128-T-30EAJ**

**STEVEN THOMPSON,**

    **Defendant.**

_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Plaintiff's Motion for Partial Summary Judgment on Count I of Amended Complaint (Dkt. # 110) and Defendant and Third-Party Plaintiff's Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment on Count I of the Amended Complaint (Dkt. # 115).  The Court, having considered the motion and response, and being otherwise fully advised, finds that the motion should be denied.  Resolution of Plaintiff's claims will depend on whether the evidence presented at trial establishes that Defendant was properly removed as Treasurer of Foster-Thompson, LLC, and whether the funds he allegedly spent were for a proper purpose.

    It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Partial Summary Judgment on Count I of Amended Complaint (Dkt. # 110) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on January 4, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2128.msj count I.wpd