UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FOSTER-THOMPSON, LLC,**

    **Plaintiff,**

v.                                                   Case No.  8:04-cv-2128-T-30EAJ

**STEVEN THOMPSON,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff Foster-Thompson, LLC's, Third Party Defendants JoAnn Q. Foster's and Walter H. ("Rusty") Foster, IV's, and Third Party Counterclaim-Plaintiff JoAnn Foster's Motion in Limine to Exclude Expert Testimony and Supporting Memorandum of Law (Dkt. #130-1), Defendant and Third-Party Plaintiff's Memorandum in Opposition to Motion in Limine to Exclude Testimony of Professor Barbara Banoff (Dkt. #143), Defendant and Third-Party Plaintiff's Motion in Limine to Prevent Testimony Regarding Alleged Prior Kickbacks and Memorandum in Support (Dkt. #132), and Defendant and Third Party Plaintiff's Motion in Limine to Exclude January 22, 2006 Foster-Thompson LLC's Corporate Records (Exhibits 341, 342, and 343) (Dkt. #136-1). Upon review and consideration, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    Plaintiff Foster-Thompson, LLC's, Third Party Defendants JoAnn Q. Foster's and Walter H. ("Rusty") Foster, IV's, and Third Party Counterclaim-Plaintiff JoAnn Foster's

Motion in Limine to Exclude Expert Testimony and Supporting Memorandum of Law (Dkt. #130-1) is GRANTED.

2.      Defendant and Third-Party Plaintiff's Motion in Limine to Prevent Testimony Regarding Alleged Prior Kickbacks and Memorandum in Support (Dkt. #132) is GRANTED IN PART AND DENIED IN PART for the reasons stated in open court on February 8, 2006. Evidence or testimony regarding "kickbacks" or "commissions" received or solicited by Steven Thompson prior to October 22, 2003 shall be excluded from trial.

3.      Defendant and Third Party Plaintiff's Motion in Limine to Exclude January 22, 2006 Foster-Thompson LLC's Corporate Records (Exhibits 341, 342, and 343) (Dkt. #136-1) is GRANTED.

**DONE** and **ORDERED** in Tampa, Florida on February 9, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2128. mt limine exclude.frm