# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

8:04-cv-2128-T-30TBM

No. 06-12375-F

```
              FILED
       U.S. COURT OF APPEALS
         ELEVENTH CIRCUIT

            APR 27 2006

         THOMAS K. KAHN
             CLERK
```

IN RE:

STEVEN THOMPSON,

Petitioner.

---

On Petition for Writ of Mandamus to the United States
District Court for the Middle District of Florida

---

BEFORE: ANDERSON, BIRCH and HULL, Circuit Judges.

BY THE COURT:

Respondents are hereby ordered to file a response to this petition within fourteen (14) days of the date of this Order. The Court invites the District Court Judge to respond to the petition within the same fourteen (14) day period. If the District Court Judge elects not to participate, he should serve and file a letter to that effect with this Court's Clerk within these fourteen days. See Fed. R. App. P. 21(b).

On its own motion, the Court STAYS the case below pending further Order of this Court.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: Mildred K. Norwood
    Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 27, 2006

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-12375-F**
Case Style: In Re: Steven Thompson
District Court Number: 04-02128 CV-T-30-TBM ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

MOT-2 (03-2006)