**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FOSTER-THOMPSON, LLC,**

    **Plaintiff,**

v.                                                                              Case No. 8:04-cv-2128-T-30EAJ

**STEVEN THOMPSON,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion in Limine regarding Walter H. Foster III (Dkt. #184), Plaintiff's supporting declarations (Dkts. #190-193), Defendant's Response in Opposition to Plaintiff's Motion in Limine regarding Walter H. Foster III (Dkt. #196), and Defendant's affidavit in opposition (Dkt. #197). The Court, having considered the motion, memoranda, having heard argument of counsel, and being otherwise advised in the premises, finds that Plaintiff's motion should be denied without prejudice.

On July 24, 2006, Defendant's counsel, Karl Cambronne represented to this Court that he had not received any documents from Walter H. Foster III, other than the documents attached to Defendant's response in opposition to Plaintiff's Motion in Limine. Accordingly, it is not necessary for this Court to review documents *in camera* at this time. The Court will have to wait until trial to rule on specific objections to questions directed to Walter H. Foster, III.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion in Limine regarding Walter H. Foster III (Dkt. #184) is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on July 26, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2128.mt limine 184.wpd